The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LEDCOR INDUSTRIES (USA) INC., a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIRGINIA SURETY COMPANY, INC., a foreign corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a foreign corporation; GEMINI INSURANCE COMPANY, a foreign corporation; CLARENDON NATIONAL INSURANCE COMPANY, a foreign corporation; ESSEX INSURANCE COMPANY, a/k/a MARKEL ESSEX, a foreign corporation; AMERICAN STATES INSURANCE COMPANY, a/k/a SAFECO INSURANCE, a foreign corporation; TRANSPORTATION INSURANCE COMPANY, a/k/a CNA INSURANCE COMPANY, a foreign corporation, ZURICH AMERICAN INSURANCE COMPANY, a foreign corporation; MARYLAND CASUALTY COMPANY, a foreign corporation; and ASSURANCE COMPANY OF AMERICA, a foreign corporation,<br><br>Defendants. | No. 2:09-cv-01807 RSM<br><br>ORDER GRANTING NATIONAL FIRE & MARINE INSURANCE COMPANY'S MOTION FOR ENTRY OF AN ORDER BARRING CLAIMS |

ORDER GRANTING NATIONAL FIRE & MARINE INSURANCE COMPANY'S MOTION FOR ENTRY OF AN ORDER BARRING CLAIMS (Cause No. 2:09-cv-01807 RSM) – 1
kr/AED6410.020/650412

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

THIS MATTER having come on for hearing before the Honorable Ricardo S. Martinez on National Fire & Marine Insurance Company's Motion for Entry of an Order Barring Claims (Dkt. #101) and the Court having considered:

1. National Fire & Marine Insurance Company's Motion for Entry of an Order Barring Claims;

2. Declaration of Alfred E. Donohue in Support of National Fire & Marine Insurance Company's Motion for Entry of an Order Barring Claims;

3. Declaration of Rose K. McGillis in Support of National Fire & Marine Insurance Company's Motion for Entry of an Order Barring Claims;

4. The absence of any opposition; and

5. National Fire & Marine's Reply; together with the files and pleadings, now, therefore,

IT IS HEREBY ORDERED that National Fire & Marine Insurance Company's Motion for Entry of an Order Barring Claims is GRANTED.

DATED this 25th day of March 2011.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:
**WILSON SMITH COCHRAN DICKERSON**
by: *s/ Alfred E. Donohue*
David M. Jacobi, WSBA # 13524
Jacobi@wscd.com
Alfred E. Donohue, WSBA # 32774
Donohue@wscd.com
Attorneys for Defendant National Fire & Marine Insurance Company
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161-1007
Telephone: (206) 623-4100
Fax: (206) 623-9273

ORDER GRANTING NATIONAL FIRE &
MARINE INSURANCE COMPANY'S MOTION
FOR ENTRY OF AN ORDER BARRING
CLAIMS (Cause No. 2:09-cv-01807 RSM) – 2
kr/AED6410.020/650412

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273